**AFFILIATED CAPITAL CORPORATION, etc., Plaintiff-Appellant,**

v.

**CITY OF HOUSTON, et al., Defendants,**

**Gulf Coast Cable Television and James J. McConn, Defendants-Appellees.**

No. 81–2335.

United States Court of Appeals, Fifth Circuit.

Aug. 23, 1983.

Stephen D. Susman, William H. White, Charles J. Brink, Houston, Tex., Michael M. Barron, Austin, Tex., for plaintiff-appellant.

Rufus Wallingford, Houston, Tex., for Hon. Jim McConn.

John L. Jeffers, Richard B. Miller, Houston, Tex., for Gulf Coast Cable.

ON SUGGESTIONS FOR REHEARING EN BANC

(Opinion March 17, 1983, 5 Cir., 1983, 700 F.2d 226)

Before CLARK, Chief Judge, BROWN, GEE, RUBIN, GARZA, REAVLEY POLITZ, TATE, JOHNSON, WILLIAMS, JOL-

LY and HIGGINBOTHAM, Circuit Judges.*

BY THE COURT:

A member of the Court in active service having requested a poll on the applications for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.